DONNA McGRATH et al., Respondents, v TOYS "R" US, INC., Appellant.

Submitted October 4, 2004; decided October 14, 2004

Motion by New York County Lawyers' Association for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

DONNA McGRATH et al., Respondents, v TOYS "R" US, INC., Appellant.

Submitted September 20, 2004; decided October 14, 2004

Motion by City of New York for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

DONNA McGRATH et al., Respondents, v TOYS "R" US, INC., Appellant.

Submitted September 20, 2004; decided October 14, 2004

Motion by Anti-Discrimination Center of Metro New York, Inc. et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD AIKEN, Appellant.

Submitted September 20, 2004; decided October 14, 2004

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN G. SCHULZ, Appellant.

Submitted October 4, 2004; decided October 14, 2004